THE ATTORNEY GENERAL
OF TEXAS
AUSTIN, TEXAS 78711



CRAWFORD C. MARTIN
ATTORNEY GENERAL

September 30, 1970

Hon. Jules Damiani, Jr.
Criminal District Attorney
405 County Courthouse
Galveston, Texas    77550

Opinion No: M-698

Re:   Interpretation of Section
      52c, Article 6701d,
      Revised Civil Statutes
      of Texas, and related .
      sections.

Dear Mr. Damiani:

        You have requested an opinion of this office as
follows:

            "Is it a violation of Article 6701d,
        Revised Civil Statutes of Texas, for
        a motorist to make a left hand turn
        off of a four lane highway across a
        double yellow stripe (no passing zone)
        into a private driveway?"

You further state that Farm Road 517 in Galveston County,
Texas, is a state highway maintained by the Texas Highway
Department located in the corporate limits of the city
of Texas City, Texas, and is a four lane highway having
a double yellow stripe in the center.

        Prior to the amendment of Section 52 by Acts 1969,
61st Legislature, Chapter 329, Page 1019, the question
you ask probably would have been answered by Section 57
or 58 of Article 6701d, which relate to passing on the
left hand side of a roadway.  However, Section 52c specifically
applies to driving on the left side of the center line
on four lane highways having two-way travel and states
as follows:

            "c.    Upon any roadway having four
        or more lanes for moving traffic and
        providing for two-way movement of traffic,
        no vehicle shall be driven to the left
        of the center line of the roadway,
        except when authorized by official
        traffic control devices designating
        certain lanes to the left side of the

-3373-

center of the roadway for use by traffic not otherwise permitted to use such lanes, or except as permitted under Subsection 2(a) hereof. <u>However, this subsection shall not be construed as prohibiting a crossing of a center line in making a left turn into or from an alley, private road or driveway."</u> (Emphasis Added)

The provisions of Section 52c of Article 6701d disallow any person from traveling for any reason on the left hand side of a roadway having four or more lanes for moving traffic except when authorized by the exceptions provided therein. One of the exceptions is that left-hand turns into a private driveway are not prohibited.

It is, therefore, our opinion that it is not a violation of Article 6701d, Vernon's Civil Statutes of Texas, for a motorist to make a left hand turn off of a four lane highway across a double yellow stripe into an alley, a private road or driveway, because Section 52c of Article 6701d specifically allows this act.

## SUMMARY

It is not a violation of Article 6701d, Vernon's Civil Statutes of Texas, for a motorist to make a left hand turn off of a four lane highway across a double yellow stripe into an alley, private road or driveway, because Section 52c of Article 6701d specifically allows this act.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Bennie W. Bock, II
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

R. D. Green
Ed Esquivel
Harold Kennedy
Sam L. Jones

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant Attorney General